| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO<br>**SENTENCING MINUTE SHEET** | | | | | | | |
| CR No. | 09-3601-MV | | | USA vs. | Phillips | | | |
| Date: | 2/16/12 | | | Name of Deft: | Nicholous Phillips | | | |
| | Before the Honorable | Martha Vázquez | | | | | | |
| Time In/Out: | 1:51 p.m../2:55 p.m. | | | Total Time in Court (for JS10): | 1 hour, 4 minutes | | | |
| Clerk: | Linda Romero | | | Court Reporter: | Susan Sperry | | | |
| AUSA: | Norman Cairns | | | Defendant's Counsel: | Tom Jameson | | | |
| Sentencing in: | Santa Fe, NM | | | Interpreter: | None | | | |
| Probation Officer: | Virvian Yazzie | | | Sworn? | Yes | | No | |
| Convicted on: | **X** | Plea | | Verdict | As to: | Information | **X** | Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **Count 1** | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 4/26/11 | | | PSR: | Not Disputed | **X** | Disputed | |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** | Not Needed | Needed |
| Exceptions to PSR: | **Court grants defendant's objections to the determination in PSR that he is subject to the Armed Career Criminal Act and orders the relevant paragraph be revised to reflect that neither the sentencing enhancement nor the mandatory minimum under the ACCA applies to the defendant.** | | | | | | | |
| **SENTENCE IMPOSED** | | | | Imprisonment (BOP): 60 months | | | | |
| Supervised Release: | 2 years | | | Probation: | | | **X** | 500-Hour Drug Program |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days | |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days | |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days | |
| **X** | Participate in substance abuse program/drug testing | | Register as sex offender | |
| **X** | Participate in mental health program | | Participate in sex offender treatment program | |
| **X** | No alcohol/liquor establishments | | Possess no sexual material | |
| **X** | Submit to search of person/property | | No computer with access to online services | |
| | No contact with victim(s) and/or co-Deft(s) | | No contact with children under 18 years | |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised | |
| | Provide financial information | | Restricted from occupation with access to children | |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards | |
| | OTHER: | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | **0** | | | Restitution: $ | **0** | |
| SPA: $ | 100 | ($100 as to each Count) | Payment Schedule: | X | Due Imm. | Waived |
| OTHER: | Defendant forfeits his rights, title and interest in the following assets and properties: Kahr Arms, Model K9 9mm pistol, serial number obliterated, and seven (7) rounds of Winchester ammunition. | | | | | |
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement | | | |
| **X** | Held in Custody | | Voluntary Surrender | | | |
| **X** | Recommended place(s) of incarceration: | | A Federal Medical Center. Alternatively, FCI Tucson or FCI Phoenix. Court also recommends that the defendant attend a BOP mental health treatment program. | | | |
| **X** | Dismissed Counts: | | Government filed Motion and Court signs Order approving dismissal of Count 2 of the Indictment. | | | |

| OTHER COMMENTS | Court addresses defendant. Defendant introduces family members present. Defense counsel addresses Court. Defendant addresses Court. Court orders that Dr. Rapaport's report be attached to the PSR. Court imposes sentence. Court grants defendant's objections to the determination in PSR that he is subject to the Armed Career Criminal Act and orders the relevant paragraph be revised to reflect that neither the sentencing enhancement nor the mandatory minimum under the ACCA applies to the defendant. Court overrules defendant's objections in the PSR that he is subject to an enhanced base offense level because his prior convictions for aggravated assault and aggravated battery are crimes of violence. |
|---|---|