# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

Initial/Preliminary/Detention - VSR

| | | | |
|---|---|---|---|
| Case Number: | 09-3601 MV | UNITED STATES vs. Phillips | |
| Hearing Date: | 8/2/2019 | Time In and Out: | 9:35 am -9:37 am |
| Clerk: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Nicholous Phillips | Defendant's Counsel: | David Ring retained |
| AUSA | Sasha Siemel | Pretrial/Probation: | Daniel Stewart |
| Interpreter: | | | |

## Initial Appearance

- ☐ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant currently has Court appointed counsel
- ☐ Government moves to detain  ☒ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary hearing
- ☐ Court finds probable cause   ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☐ Defendant
- ☒ Conditions of release previously imposed remain in effect

## Other

- ☒ Matter referred to District Judge for final revocation hearing
- ☐