UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| CR No. | 09-3601-MV | | USA vs. | Phillips |
|---|---|---|---|---|
| Date: | September 3, 2019 | | Name of Deft: | Nicholous Phillips |
| | Before the Honorable | Martha Vázquez | | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 11:30 a.m. / 12:10 p.m. | Total Time in Court (for JS10): | 40 minutes | |
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister | |
| AUSA: | Elaine Ramirez | Defendant's Counsel: | David Ring | |
| VSR in: | Santa Fe, NM | Interpreter: | | |
| Probation Officer: | Amy Gee | Sworn? | Yes | No |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s):    Standard – The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance.   Mandatory – The defendant shall refrain from any unlawful use of a controlled substance. |
| | Violation report waived |
| | Proceed to sentencing |
| | Supervision - **REVOKED - REINSTATED** |

| SENTENCE IMPOSED | Imprisonment (BOP):   **HELD IN ABEYANCE FOR 6 MONTHS** | | |
|---|---|---|---|
| Supervised Release: **REINSTATED/ REVOKED** | | Probation: | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | All previously imposed conditions remain in place. | X | Cognitive behavioral treatment program |
| | | | |
| | OTHER: | | |
| | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | , IF ELIGIBLE. | |

| OTHER COMMENTS | Court addresses defendant.   Defense counsel addresses Court.   Defendant admits violations.   Defendant addresses Court.   Court requests PO Amy Gee obtain the BOP records on defendant's medications.   Defense counsel addresses Court.   Probation Officer Gee addresses Court.   Government counsel addresses Court.   Court advises that she will order that a neuropsychological evaluation be performed on the defendant.   Court addresses defendant and holds Petition in abeyance. |
|---|---|