# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

Preliminary/Detention - VSR

| | | | |
|---|---|---|---|
| Case Number: | 09-CR-3601 MV | UNITED STATES vs. PHILLIPS | |
| Hearing Date: | 12/6/2019 | Time In and Out: | 9:42 am – 9:48 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Niholous Phillips | Defendant's Counsel: | Kari Converse |
| AUSA: | Jaymie Roybal | Pretrial/Probation: | A. Gee |
| Interpreter: | | Witness: | |

## Initial Appearance
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain          ☐ Government does not recommend detention
- ☐ Set for        on               @

## Preliminary/Show Cause/Identity
- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause          ☐ Court does not find probable cause

## Detention
- ☒ Defendant waives Detention Hearing
- ☐

## Custody Status
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other
- ☒ Matter referred to District Judge for Final Revocation Hearing
- ☐