IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:09-CR-03601-MV |
| ) | |
| NICHOLOUS PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

AEQUITAS LAW OF NEW MEXICO, LLC (David Z. Ring), hereby notifies the Court that it was retained for the limited purpose of representing Defendant Nicholous Phillips to answer allegations in a prior Petition for Revocation of Supervised Release (Doc. 58), which were effectively resolved at a hearing on September 3, 2019; and moves the Court to permit its official withdrawal as counsel under local rule of criminal procedure, D.N.M. LR-Cr 44.1(f). It has not been retained for new proceedings initiated by the Government, for which the Office of the Federal Public Defender (Kari Converse) has entered its appearance. Since the undersigned have not represented Defendant as counsel of record in several months, a position was not sought from the Government, which normally takes no position on defense motions to withdraw as counsel.

Respectfully Submitted,
**AEQUITAS LAW OF NEW MEXICO, LLC**

**"Electronically Filed"**
/s/ David Z. Ring
Previous Attorney for Defendant
5901 Wyoming Blvd NE Suite J-300
Albuquerque, NM 87109
(505) 263-8929
dave@aequitas.pro

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a true and correct copy of the foregoing document was electronically delivered to AUSA Jaymie L. Roybal and Federal Defender Kari Converse via the CM/ECF electronic filing and delivery system on the date indicated in the court-affixed header. A copy will be delivered to Defendant via U.S. Mail.

**"Electronically Filed"**
/s/ David Z. Ring
Previous Attorney for Defendant