AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                        Sheet 1

# UNITED STATES DISTRICT COURT
### District of New Mexico

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **Nicholous Phillips** | Case Number: **1:09CR03601-001MV** |
| | USM Number: **57771-051** |
| | Defendant's Attorney: **Joe Romero** |

**THE DEFENDANT:**

☒ admitted guilt to violations of condition(s) **Standard, Mandatory** of the term of supervision.

☐ was found in violation of condition(s)  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Standard Condition | The defendant failed to refrain from excessive use of alcohol and failed to refrain from purchasing, possessing, using, distributing, or administrating any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 11/15/2019 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 .

☐  The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| **2061** | **November 10, 2021** |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No. | Date of Imposition of Judgment |
| | |
| **1979** | **/s/ Martha Vazquez** |
| Defendant's Year of Birth | Signature of Judge |
| | |
| | **Honorable Martha Vazquez** |
| **Albuquerque, NM** | **United States District Judge** |
| City and State of Defendant's Residence | Name and Title of Judge |
| | |
| | **November 30, 2021** |
| | Date |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                      Sheet 1A                                                                                                              Judgment - Page 2 of 3

DEFENDANT: **Nicholous Phillips**
CASE NUMBER: **1:09CR03601-001MV**

# ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Mandatory Condition | The defendant failed to refrain from any unlawful use of a controlled substance. | 10/24/2019 |
| Mandatory Condition | The defendant failed to refrain from possessing, or having access to a firearm, ammunition, destructive device, or any other dangerous weapon. | 11/15/2019 |
| Mandatory Condition | The defendant committed another federal, state, or local crime. | 11/19/2019 |

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Judgment - Page 3 of 3

DEFENDANT: **Nicholous Phillips**
CASE NUMBER: **1:09CR03601-001MV**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **24 months**.

**The sentence imposed is to be run concurrently to the sentence imposed in U.S.D.C. New Mexico Case No. CR 19-4440-MV.**

**Pursuant to Section 5D1.1(a), the Court will not impose a term of supervised release.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**FCI El Reno, Oklahoma or Ft. Leavenworth, Kansas - The Court recommends that the Bureau of Prisons assign Mr. Phillips a Care Level 3 Mental Health designation. Court requests that defendant's current medications list be provided to the BOP. Court requests that the defendant remain at Santa Fe County Detention Center until he is transported to the BOP.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at   on .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL